# Levy Ratner

Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, NY 10011-7175
o 212.627.8100
f 212.627.8182
levyratner.com

*Attorneys*

Daniel J. Ratner
Pamela Jeffrey
Carl J. Levine*
David Slutsky*
Allyson L. Belovin
Robert H. Stroup

Dana E. Lossia*
Micah Wissinger
Ryan J. Barbur
Alexander Rabb
Laureve D. Blackstone*
Kimberly A. Lehmann*

Aleksandr L. Felstiner♦
Jessica I. Apter*
Rebekah Cook-Mack
Geoffrey A. Leonard♦

*Of Counsel*

Patricia McConnell
Linda E. Rodd

*Special Counsel*

Richard A. Levy
Daniel Engelstein
Richard Dorn

December 9, 2022

**BY ECF**

Clerk of the Court
U.S. Court of Appeals
   For the Second Circuit
40 Foley Square
New York, NY 10007

      Re:     **United States of America, et al. v. City of New York**
                **Case No. 21-1929**

Dear Hon. Clerk of the Court:

    I am counsel for Plaintiffs-Intervenors-Appellees in the above-referenced matter. I write to inform you that I will be unavailable for oral argument in the above-referenced matter on the following days: February 21, 2023 through March 7, 2023, April 3, 2023 through April 18, 2023, and May 24, 2023 through May 26, 2023, and respectfully request that oral argument not be scheduled on those days. Thank you for your time and attention to this matter.

                                                      Respectfully submitted,

                                                      Jessica I. Apter

JIA:dm

*Advancing the rights of everyone who works*

\* Admitted in NY and NJ.     \* Admitted in NY and CA.     ♦ Admitted in NY and MI.