Case 21-1929, Document 96, 01/11/2023, 3450201, Page1 of 1

**U.S. Department of Justice**

Civil Rights Division

---

*Appellate Section*
*Ben Franklin Station*
*P.O. Box 14403*
*Washington, D.C. 20044-4403*

January 11, 2023

**VIA ECF**

Catherine O'Hagan Wolfe,
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  Re: *United States* v. *City of New York*, No. 21-1929 (2d Cir.)

Dear Ms. O'Hagan Wolfe:

  I write to update my availability for oral argument in this matter. I respectfully request that argument not be scheduled for February 15, February 21-24, April 17-21, May 25-26, and May 29-31.

  Thank you for your consideration.

            Sincerely,

            Bonnie I. Robin-Vergeer
            Chief

           <u>s/ Barbara Schwabauer</u>
           Barbara Schwabauer
            Attorney
           Appellate Section
          Civil Rights Division
         Barbara.Schwabauer@usdoj.gov
           (202)-305-3034

cc: Counsel of Record