

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | JAMISON DAVIES<br>*Assistant Corporation Counsel*<br>Phone: 212-356-2490<br>jdavies@law.nyc.gov |
|---|---|---|

January 17, 2023

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *United States v. City of New York*
    Docket No. 21-1929

To the Hon. Clerk of the Court:

I write to update my availability for oral argument in this matter and respectfully request that argument not be scheduled for any date between May 22, 2023 and June 2, 2023.

                                      Respectfully submitted,

                                      HON. SYLVIA O. HINDS-RADIX
                                      *Corporation Counsel*
                                      *of the City of New York*
                                      Attorney for Appellant

                              By:   /s/_____
                                   Jamison Davies
                                   Assistant Corporation Counsel

cc:     All counsel (via ECF)