| | |
|---|---|
| **From:** | CA02db Intake |
| **To:** | CA02db Case_Closing |
| **Cc:** | Yana Segal |
| **Subject:** | 21-1929-cv / United States of America v. City of New York USCA Order |
| **Date:** | Monday, August 7, 2023 12:46:40 PM |

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Monday, August 7, 2023 10:46 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:07-cv-02067-NGG United States of America v. City of New York USCA Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 8/7/2023 at 10:45 AM EDT and filed on 8/7/2023

| | |
|---|---|
| **Case Name:** | United States of America v. City of New York |
| **Case Number:** | 1:07-cv-02067-NGG |
| **Filer:** | |
| **Document Number:** | 2199 |

**Docket Text:**
**ORDER of USCA as to [2046] Notice of Appeal filed by City of New York. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the order of the District Court entered on June 9, 2021 is REVERSED and REMANDED. Certified Copy Issued: 8/7/2023. USCA# 21-1929. (VJ)**

**1:07-cv-02067-NGG Notice has been electronically mailed to:**

Elliot M. Schachner     Elliot.Schachner@usdoj.gov, caseview.ecf@usdoj.gov, usanye-

crdocket@usdoj.gov

Michael J. Goldberger     Michael.Goldberger@usdoj.gov, caseview.ecf@usdoj.gov

Robert H. Stroup     rstroup@levyratner.com, apotamitis@levyratner.com, dmercado@levyratner.com

William S.J. Fraenkel     William.Fraenkel@CUNY.edu, ecf@law.nyc.gov

Donald C. Sullivan     dsulliva@law.nyc.gov

Eric Jay Eichenholtz     eeichenh@law.nyc.gov, ecf@law.nyc.gov

Darius Charney     dcharney@ccrjustice.org, darius_charney@yahoo.com

Beth A. Kaswan     bkaswan@scott-scott.com

Georgia Mary Pestana     gpestana@law.nyc.gov

Richard M. Betheil     rbetheil@pryorcashman.com

Leon Friedman     flashlf@aol.com, lawlzf@hofstra.edu

Lawrence T. Gresser     ltgresser@cohengresser.com, ManagingClerksOffice@cohengresser.com, autodocket@cohengresser.com, autodocket@edocketspro.com, ltgresser@aol.com

James Lemonedes     jlemonedes@sillscummis.com, jlemonedes@yahoo.com, mco@sillscummis.com

Patricia B. Miller     pmiller@law.nyc.gov, ecf@law.nyc.gov

Mary Jo White     mjwhite@debevoise.com

Michael N. Block     mblock@triallaw1.com

Kathleen Marie Comfrey     kcomfrey@law.nyc.gov, ecf@law.nyc.gov

Steven M. Cohen     scohen@zuckerman.com, BVoce-Gardner@zuckerman.com

Jonathan S. Abernethy     jabernethy@cohengresser.com, ManagingClerksOffice@cohengresser.com, autodocket@cohengresser.com

Ghita Schwarz     gschwarz@latinojustice.org, cdailey@ccrjustice.org

Vivien V. Ranada     vranada@ranadalawfirm.com, viv.ranada@gmail.com

Meredith L. Burrell     meredith.burrell@usdoj.gov, cynthia.m.jones@usdoj.gov

Shayana Devendra Kadidal     kadidal@ccrjustice.org

Peter Joseph Gleason     pjgleason@aol.com

Mark S Cohen     mcohen@cohengresser.com, ManagingClerksOffice@cohengresser.com, autodocket@cohengresser.com, autodocket@edocketspro.com

Allyson L. Belovin     abelovin@levyratner.com

James J. Galleshaw     james@sullivangalleshaw.com, info@sullivangalleshaw.com, jgalleshaw@yahoo.com, nicole@sullivangalleshaw.com

David M. Eskew     deskew@aellaw.com

Breon S. Peace     bpeace@cgsh.com

Dana E Lossia     dlossia@levyratner.com, apotamitis@levyratner.com, cortiz@levyratner.com, dduran@levyratner.com, dmercado@levyratner.com

Alexandra Sarah Wald     awald@cohengresser.com, ManagingClerksOffice@cohengresser.com, autodocket@cohengresser.com, autodocket@edocketspro.com

Carolyn P. Weiss     carolyn.weiss@usdoj.gov

Judith S Scolnick     jscolnick@scott-scott.com, efile@scott-scott.com

Keri Reid McNally     kmcnally@law.nyc.gov, ecf@law.nyc.gov

Kami Zumbach Barker     kbarker@law.nyc.gov, ariella.barker@gmail.com, ecf@law.nyc.gov

Matthew Vincent Povolny     mpovolny@cohengresser.com, ManagingClerksOffice@cohengresser.com, autodocket@cohengresser.com, autodocket@edocketspro.com

Shireen Barday     sbarday@gibsondunn.com, mao@gibsondunn.com, wayne-5922@ecf.pacerpro.com

Rebekah B Cook-Mack     rcookmack@levyratner.com, apotamitis@levyratner.com, dmercado@levyratner.com

Jennifer Swedish     jennifer.swedish@usdoj.gov

Benjamin J. Traverse     btraverse@drm.com

Leah Sharon Schmelzer Serrano     lschmelz@law.nyc.gov, ecf@law.nyc.gov, leahschmelzer@gmail.com

Yuval Rubinstein     yuval.rubinstein@ag.ny.gov, OAGLitSLC@ag.ny.gov

Hilary Funk Pinion     hilary.funk@usdoj.gov

Sean Robert Renaghan     srenagha@law.nyc.gov

Margaret Emma Lynaugh     mlynaugh@zuckerman.com, jchen@zuckerman.com

Valerie L. Meyer     valerie.meyer@usdoj.gov

Patricia Stasco     patricia.stasco@usdoj.gov

Nadia E. Said     nadia.said@usdoj.gov

Kimberly Wilkens     kwilkens@littler.com, mrosenbrock@littler.com

Shan Rajiv Shah     shan.shah@usdoj.gov

Julia T. Quinn     julia.quinn@usdoj.gov

**1:07-cv-02067-NGG Notice will not be electronically mailed to:**

Norman Bennett
455 South 10th Avenue
Mount Vernon, NY 10550

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=8/7/2023] [FileNumber=18130765-0]
[9eb59c38569ddfa752d21c77b6ab9ac8d0ec962638c8944637245fccc4c14cc8cb75a
c1a3f0bb02bd51414417fc41e8064389c68e2501aaeba61f5845d88cdbe]]